UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Bandorian Antonio Cromartie**     **Docket No. 7:12-CR-124-1D**

**Petition for Action on Supervised Release**

COMES NOW Arthur B Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Bandorian Antonio Cromartie, who, upon an earlier plea of guilty to Conspiracy to Possess with Intent to Distribute a Quantity of Cocaine, 21 U.S.C. § 846, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge on July 18, 2013, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

On February 1, 2016, in response to a Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2), the original sentence was reduced from 46 months to 37 months.

Bandorian Antonio Cromartie was released from custody on February 3, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was released from custody without having a residence. Our goal is to provide a public law placement in the halfway house until his original release date of March 30, 2016. This amount of time should afford the defendant the chance to obtain a suitable residence. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to the date of March 30, 2016 as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittain | /s/ Arthur B Campbell |
| Michael C. Brittain | Arthur B Campbell |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8677 |
| | Executed On: February 3, 2016 |

Bandorian Antonio Cromartie
Docket No. 7:12-CR-124-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __10__ day of __February__, 2016 and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge